**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KATELYN CLARK,** §<br>    *Plaintiff,* §<br> §<br>**v.** §<br> §<br>**JASPER MAX GURLEY and** §<br>**SWIFT TRANSPORTATION CO.** §<br>**OF ARIZONA, LLC,** §<br>    *Defendants.* § | **Civil Action No. 4:26-cv-00056-ALM** |

---

**AMENDED SCHEDULING ORDER**

---

Before the Court is Defendants' Unopposed Motion for Leave to Amend the Scheduling Order (Dkt. #26).  The Court finds the motion should be GRANTED. The following actions shall be completed by the date indicated.

| DEADLINE | EVENT |
|---|---|
| March 20, 2026 | Deadline for motions to transfer. |
| April 29, 2026 | Deadline to add parties. |
| N/A | Deadline by which the parties shall notify the Court of the name, address, and telephone number of a suggested mediator, or request that the Court select a mediator. |
| July 21, 2026 | Mediation must occur by this date. |
| July 19, 2026 | Disclosure of expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| June 10, 2026 | Deadline for Plaintiff to file amended pleadings (A motion for leave to amend is required). |
| August 19, 2026 | Disclosure of expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| June 17, 2026 | Deadline for Defendant's final amended pleadings (A motion for |

| DEADLINE | EVENT |
|---|---|
|  | leave to amend is required). |
| 6 weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| September 4, 2026 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| October 25, 2026 | Discovery deadline. All discovery shall be commenced in time to be completed by this date. |
| December 24, 2026 | Notice of intent to offer certified records. |
| December 24, 2026 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| December 31, 2026 | Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's ruling on objections. |
| January 5, 2027 | Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). |
| January 21, 2027 | Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call. |

| DEADLINE | EVENT |
|---|---|
|  | File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed, the court may set a hearing to consider all pending motions and objections. |
| February 4, 2027 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, TX 75090. Date parties should be prepared to try case. |
| To be determined. | Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between March 1, 2027, and April 2, 2027. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**IT IS SO ORDERED.**

**SIGNED this 21st day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE